ORIGINAL

ECF

RECEIVED
AUG 26 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Leon Damelin

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] William E. Cassidy

Firm Name: Cassidy & Black, P.A.

Post Office Box: Suite 252

Street Address: 8370 W. Flagler Street

City-State-Zip: Miami, Fla 33144

Telephone & Facsimile Numbers: 305-559-4962 / 305-559-2163

E-mail address: WCassidy@marlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes on May 7, 2004

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

04-1387C

Government Agency Involved: E P A

**See attached Sheet for three digit code.**

Amount Claimed: $ 18,931.04 plus Post Judgment Interest from /

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003