# In the United States Court of Federal Claims

No. 04-1387C

(Filed September 17, 2004)

FILED
SEP 1 7 2004
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * *

DAMELIN

Plaintiff,

v.

THE UNITED STATES

Defendant.

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On August 26, 2004, the Clerk of the Court filed its notice of this case's designation as an electronic case. In its notice, the Clerk advised the parties that it would effect service of electronically filed documents in paper form for thirty days from the date the case was opened. Because thirty days has not passed since the opening of this case, we will accept service of your ANSWER. Plaintiff's counsel is hereby notified to comply with the Clerk's notice of August 26, 2004 and obtain an account by which service may be effected electronically. The Clerk is directed to file and serve this order in paper form.

**IT IS SO ORDERED.**

Mary Ellen Coster Williams
MARY ELLEN COSTER WILLIAMS
Judge