ORIGINAL

FILED
SEP 1 7 2004
U.S. COURT OF FEDERAL CLAIMS

THE UNITED STATES COURT
OF FEDERAL CLAIMS

by leave of the Judge

CASE NO. 04-1387C
Judge Mary Ellen Coster Williams

LEON DAMELIN,

Plaintiff,

vs.

UNITED STATES OF AMERICA and
MAR, INC.,

Defendants.
_______________________________/

## ANSWER

COMES NOW, the Defendant, UNITED STATES OF AMERICA, by and through its undersigned counsel, and for its answer to the Complaint herein says as follows:

1. Defendant denies paragraphs 1, 3, 4 and 8 of the Complaint herein.

2. The Defendant admits the allegations as set forth in paragraphs 2, 5, 6, and 7.

## AFFIRMATIVE DEFENSES

As can be seen by the entry in the Docket Report (Exhibit "A") of the case in the lower court, on September 10, 2002, docket entry number 155, the Defendant herein the United States of America filed its objections to the Bill of Costs filed by the Plaintiff and dated September 9, 2002 as set forth in docket entry 152 and the bill of costs dated September 10, 2002, docket entry

**CASE NO. 04-1387C**
**Judge Mary Ellen Coster Williams**

154. A copy of Defendant's Objections to the Costs is attached hereto and by this reference made a part hereof marked Exhibit "B".

As can be seen from the attached docket sheet marked Exhibit "A" the court below has not ruled on the Defendant's objections to both costs which was timely filed. Therefore, it is respectfully submitted Plaintiff's claim herein is premature and the lower court still retains jurisdiction to this matter and this court does not posses jurisdiction of this case.

On July 23, 2004 (Attached as Exhibit "C"), Defendant by and through its attorneys wrote to the Plaintiff's attorneys regarding the proposed (at that time) complaint to be filed in the U.S. Court of Federal Claims. As that letter sets forth to Plaintiff's attorney, this claim was premature as the objections on the bill of costs have not been ruled upon. This can be seen from the letter dated July 23, 2004, an attempt was made to get Plaintiff's attorneys to join with Defendant's attorneys in having the Court rule on the objections on the bill of costs. Plaintiff's attorneys made no response to this letter other than to file the complaint herein.

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was mailed this ______ day of September, 2004, to:

Michael C. Black, Esquire
William E. Cassidy Esquire
Law Offices of William E. Cassidy, P.A.
8370 W. Flagler Street, Suite 252
Miami, FL 33124
Tel: 305/559-4962 Fax No. 305/559-2163

**CASE NO. 04-1387C**
**Judge Mary Ellen Coster Williams**

Respectfully submitted,

United States Attorney
Peter F. Frost, Esquire, Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
Tel: 202/616-4031 Fax: 202/616-4159

Attorneys for the United States

BY: ______________________

DAVID P. KARCHER, ESQUIRE
FLA. BAR NO. 041427
Underwood, Karcher & Karcher, P.A.
Suite 235, 1500 San Remo Avenue
Miami, FL 33146
Tel: 305.661.2888 Fax: 305.661.5888
Of Counsel to the United States

Docket No. 4-1387

UNITED STATES COURT OF FEDERAL CLAIMS

MEMORANDUM

TO: JUDGE Williams
FROM: CLERK'S OFFICE

The attached was received on 9/13/04
and the following defect(s) is/are noted:

1. ___ Untimely, due to be filed by ______________ [Rule 7.2]

2. X Proof of service: [Rule 5.1] - wrong zipcode
___ is missing; X is not signed and/or dated;
___ shows service on wrong attorney or of wrong item;
___ is not attached to each document or copy

3. X Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]
[redacted]

4. ___ Does not comply with the provisions of Rule:

| | Rule | |
|---|---|---|
| ___ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ___ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ___ | 5.2(b) | Re: length of briefs or memorandum |
| X | 5.3(c) | Re: binding |
| X | 5.3(d) | Re: original/copies missing |
| ___ | 5.3(g) | Re: Judge's name on all filings |
| ___ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ___ | 24(c) | Re: motion to be accompanied by a pleading |
| ___ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ___ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ___ | 77.1(a) | Re: improper use of the night box |
| ___ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ___ | ___ | Re: ___ |

5. ___ Original affidavit(s)/declaration(s) is/are missing
6. ___ No provision in the Rules (or court order) for the filing of this item
7. X This case has been designated as an *ECF* case.
8. ___ ___

J.T.
Deputy Clerk

To: **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

✓ Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***
***(Note - This is a separately written order)***

✓ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

___ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

___ Returned to party for correction of defect(s).

Mary Ellen Well
Signature

9/15/04 ~~SEP 16 2004~~ SEP 17 2004
Date