**THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

FILED
SEP 1 7 2004
U.S. COURT OF
FEDERAL CLAIMS
With leave of the Judge

**CASE NO. 04-1387C**
**Judge Mary Ellen Coster Williams**

LEON DAMELIN,

Plaintiff,

vs.

UNITED STATES OF AMERICA and
MAR, INC.,

Defendants.
_______________________________/

**DEFENDANT'S MOTION TO DISMISS FOR**
**LACK OF SUBJECT MATTER JURISDICTION**

COMES NOW, the Defendant, UNITED STATES OF AMERICA, by and through its undersigned counsel, and moves this Court to dismiss the claim filed herein by Leon Damelin for lack of subject matter jurisdiction.

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was mailed this 7th day of September, 2004, to:

Michael C. Black, Esquire
William E. Cassidy Esquire
Law Offices of William E. Cassidy, P.A.
8370 W. Flagler Street, Suite 252
Miami, FL 33124
Tel: 305/559-4962 Fax No. 305/559-2163

**CASE NO. 04-1387C**
**Judge Mary Ellen Coster Williams**

Respectfully submitted,

United States Attorney
Peter F. Frost, Esquire, Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
Tel: 202/616-4031 Fax: 202/616-4159

Attorneys for the United States

BY:______________________
DAVID P. KARCHER, ESQUIRE
FLA. BAR NO. 041427
Underwood, Karcher & Karcher, P.A.
Suite 235, 1500 San Remo Avenue
Miami, FL 33146
Tel: 305.661.2888 Fax: 305.661.5888
Of Counsel to the United States

**THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

**CASE NO. 04-1387C**
**Judge Mary Ellen Coster Williams**

LEON DAMELIN,

Plaintiff,

vs.

UNITED STATES OF AMERICA and
MAR, INC.,

Defendants.
_______________________________/

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO**
**<u>DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION</u>**

COMES NOW, the Defendant, UNITED STATES OF AMERICA, by and through its undersigned counsel, and for its Memorandum in Support of its Motion to Dismiss and states as follows:

1. The grant of subject matter jurisdiction to the United States Court of Federal Claims is very specific. Title 28 U.S.C. §1491 specifically states that it has jurisdiction over claims against the United States, "in cases not sounding in tort". (28 U.S.C. §1491(a)(1)).

2. The underlying action herein was a tort action but by Leon Damelin against the United States for negligence, unseaworthiness and maintenance and cure against the United States. This action is obviously a tort action and as such claims arising out of it are not within the jurisdiction of this Court.

Wherefore, this is respectfully submitted that the claim herein be dismissed with prejudice.

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was mailed this ______ day of September, 2004, to:

Michael C. Black, Esquire
William E. Cassidy Esquire
Law Offices of William E. Cassidy, P.A.
8370 W. Flagler Street, Suite 252
Miami, FL 33124
Tel: 305/559-4962 Fax No. 305/559-2163

Respectfully submitted,

United States Attorney
Peter F. Frost, Esquire, Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
Tel: 202/616-4031 Fax: 202/616-4159

Attorneys for the United States

BY:____________________________
DAVID P. KARCHER, ESQUIRE
FLA. BAR NO. 041427
Underwood, Karcher & Karcher, P.A.
Suite 235, 1500 San Remo Avenue
Miami, FL 33146
Tel: 305.661.2888 Fax: 305.661.5888
Of Counsel to the United States