# In the United States Court of Federal Claims

**No. 04-1387C**
**(Filed February 15, 2005)**
**(Corrected Copy)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **LEON DAMELIN,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE**

---

This matter arises from an action before the Honorable Paul Huck, U.S.D.J., of the United States District Court for the Southern District of Florida, captioned Leon Damelin v. United States of America, et al., Case No. 01-0327 (S.D.Fla.). On July 29, 2002, Judge Huck entered Final Judgment in the matter and, among other things, ordered that Plaintiff Damelin be awarded maintenance and cure costs for his injuries. On September 10, 2002, a Bill of Costs for Plaintiff's maintenance and cure costs was filed with the Clerk of the Court for the Southern District of Florida in the amount of $18,931.04 and the matter was closed. Thereafter, Plaintiff sought payment for his Bill of Costs. Plaintiff did not receive payment, which lead to the filing of the instant action on August 26, 2004.

On September 7, 2004, Defendant filed a Motion to Dismiss Plaintiff's Complaint on the grounds that this Court lacked subject matter jurisdiction over this matter. On October 18, 2004, Plaintiff filed its opposition to the Defendant's motion. On February 10, 2005, the Court held a telephonic status conference with the parties to discuss the pending Motion to Dismiss.

The dispute between the parties is one over the effect of the Clerk's entry of the Plaintiff's Bill of Costs. Plaintiff contends that the Court entered the Bill of Costs, that judgment is final and

that he ought to be paid the sum set forth in the entered Bill of Costs. Defendant asserts that it filed an objection to the Bill of Costs and that the Clerk should not have entered the Bill of Costs.

The parties are ordered to request clarification from Judge Huck regarding the entry of Plaintiff's Bill of Costs and to report the results of this request to this Court at a telephonic status conference that will be held on **April 11, 2005, at 11:00 a.m. EST**. In addition, Defendant's Motion to Dismiss is **DENIED** without prejudice to re-file.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**