N-Resol-Ct-Clms

IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

LEON DAMELIN,

Plaintiff,

v.

Case No. 04-1387C
Judge Mary Ellen Coster Williams

THE UNITED STATES

Defendant,

_____________________________/

**PLAINTIFF'S NOTICE OF RESOLUTION**

COMES NOW, the Plaintiff, LEON DAMELIN, by and through his undersigned attorneys, states as follows:

1. On February 10, 2005, this Honorable Court held a telephone Status Hearing and ordered that the parties request clarification from the lower Court regarding the entry of Plaintiff's Bill of Costs.

2. The parties were further ordered to report the results at a telephonic status conference presently scheduled for April 11, 2005, at 11:00 a.m. EST.

3. Accordingly, notice is hereby given that the matter pending before this Honorable Court has been resolved between the parties.

4. The Plaintiff advises that the status conference is now moot and this case can be closed.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed on April 7, 2005 to: David P. Karcher, Esquire, Attorney for the United States of America, UNDERWOOD KARCHER & KARCHER, P.A., The Atrium, Suite 235, 1500 San Remo Ave., Coral Gables, FL 33146 and Peter F. Frost, Esquire, Trial Counsel, United States Attorney, Torts Branch, Civil Division, U.S. Dept. of Justice, P.O. Box 14271, Washington, D.C. 20044-4271.

CASSIDY & BLACK, P.A.
Attorneys for Plaintiff
8370 West Flagler Street, Suite 252
Miami, Florida 33144
Tel: (305) 559-4962
Fax: (305) 559-2163
e-mail: wcassidy@marlaw.com

S/ William E. Cassidy
By: ______________________________
WILLIAM E. CASSIDY, ESQUIRE
F.B.N. 266477
MICHAEL C. BLACK, ESQUIRE
F.B.N. 0056162