# In the United States Court of Federal Claims

**No. 04-1387C**
**(Filed November 2, 2005)**

* * * * * * * * * * * * * * * * * * * * * *

**LEON DAMELIN,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * *

---

**ORDER OF DISMISSAL**

---

On April 7, 2005, Plaintiff filed a Notice of Resolution on behalf of both parties, notifying the Court that this matter had been resolved. Accordingly, this matter is **DISMISSED** with prejudice. No costs. The Clerk is directed to enter judgment.

**IT IS SO ORDERED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**