# In the United States Court of Federal Claims

**No. 04-1387 C**

**LEON DAMELIN,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order of Dismissal, filed November 2, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. No costs.

Brian Bishop
Clerk of Court

**November 2, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.